In the Matter of the BAR ASSOCIATION OF NASSAU COUNTY, NEW YORK, INC. JOSEPH PAUL YANUCK, an Attorney.— During the pendency of disciplinary proceedings, respondent submitted his resignation as an attorney and counselor at law. Resignation accepted and respondent's name ordered to be struck from the roll of attorneys. Present — Nolan, P. J., Adel, Wenzel and MacCrate, JJ.

## THIRD DEPARTMENT, JULY, 1954.

### (July 8, 1954.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD COSTELLO, Appellant.— Motion for permission to appeal to the Court of Appeals denied. Foster, P. J., Bergan, Halpern and Imrie, JJ., concur. [See 283 App. Div. 1138.]

In the Matter of the Claim of TIMOTHY DUNLEAVY, Appellant, against WALSH, CONNELLY, SENIOR & PALMER et al., Respondents, WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal denied, without prejudice, and without costs, upon the ground there is no proof of service of the notice of motion. Foster, P. J., Bergan, Halpern and Imrie, JJ., concur.

In the Matter of HARVEY L. EVERY against COUNTY OF ULSTER.— Motion for permission to appeal to the Court of Appeals denied, without costs. Foster, P. J., Bergan, Halpern and Imrie, JJ., concur. [See 283 App. Div. 987.]

TOWN OF FALLSBURGH et al., Plaintiffs, v. COUNTY OF SULLIVAN, Defendant. — Judgment granted in accordance with the stipulation of the parties. Foster, P. J., Bergan, Halpern and Imrie, JJ., concur.

In the Matter of EDITH E. OWENS, Petitioner, against J. RAYMOND McGOVERN, as Comptroller of the State of New York, Respondent.— Motion for reargument denied. Motion for permission to appeal to the Court of Appeals granted, without costs. The court certifies that questions of law have arisen which in its opinion ought to be reviewed by the Court of Appeals. Foster, P. J., Bergan, Halpern and Imrie, JJ., concur. [See 283 App. Div. 898.]